UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON GRAY, SR.                                              CIVIL ACTION

VERSUS                                                         NO. 21-1476

WARDEN MARCUS MEYERS                                           SECTION M (5)

### ORDER

The Court, having considered the petition, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation ("R&R"),[1] and the petitioner's objection to the R&R,[2] hereby approves the R&R and adopts it as its opinion in this matter. In his objection, petitioner argues that part of his application for post-conviction relief remains pending in the state court and seeks a stay of this case pending resolution of the state court proceedings.[3] Petitioner does not state what issues are pending in the state court or how they affect the timeliness analysis.[4] To be sure, the petitioner's application for post-conviction relief, including his supplemental claims (which were denied by the state district court before petitioner even initiated this federal habeas proceeding), "was filed with the state district court more than nine months after the one-year federal limitations period had already expired."[5] Petitioner does not demonstrate otherwise in his objection. On the record before the Court, then, the federal petition for issuance of a writ of habeas corpus is untimely. Therefore,

**IT IS ORDERED** that Brandon Gray, Sr.'s petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE as untimely.**

---

[1] R. Doc. 11.
[2] R. Doc. 12.
[3] *Id.*
[4] *Id.*
[5] R. Doc. 11 at 8.

New Orleans, Louisiana, this 10th day of February, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE